**DENY; and Opinion Filed December 2, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01534-CV

### IN RE JOHN WESLEY PATTERSON, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82554-05**

## OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice FitzGerald

Relator contends the trial court violated a ministerial duty by not following a prior order of this Court. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320–21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

131534F.P05